JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARGELIA REYES-ZAMUDIO,<br>Petitioner,<br>v.<br>ELISEO RICOLCOL, Warden,<br>Respondent. | Case No. 5:24-cv-01705-CAS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT this action is dismissed as moot.

DATE: March 3, 2025

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE